

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00249-CV
No. 04-13-00250-CV

The **STATE** of Texas for the Best Interest and Protection of **B.C.** as a Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2013MH0904 & 2013MH0849
Honorable Polly Jackson Spencer, Judge Presiding[1]

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED.

SIGNED July 10, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

---

[1] The Honorable Polly Jackson Spencer is the presiding judge of the Probate Court No. 1 of Bexar County.  However, Associate Judge Oscar Kazen presided over B.C.'s temporary commitment hearing and administration of psychoactive medication hearing and signed both orders in this case.